UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HEDWIG A. MARCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-2093-G |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **ECF** |
| | ) | |
| Defendant. | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**. Accordingly, plaintiff's motion and incorporated brief in support of summary judgment, filed April 10, 2007,

is **GRANTED**. Commissioner's motion for summary judgment, filed May 21, 2007, is **DENIED**.

SO **ORDERED**.

June 2, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**